```
CHARLES F. PREUSS (State Bar No. 45783)
BRENDA N. BUONAIUTO (State Bar No. 173919)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
```

**ORIGINAL FILED**

MAY 1 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

MELONEY WRIGHT and DONNY WRIGHT, wife and husband; DANYELE BACON, a single woman; DIANA BURK, a single woman; TIMA LEIPHART, a single woman; NUBIA FLORES, a single woman; MOLLY KIRKPATRICK, a single woman; REYNALDA ALVARADO, a single woman; GAYLE ANDERSON, a single woman; VERONIQUE PETERS and DONNY PETERS, wife and husband; LAKEYA BASKOM, a single woman; TIFFANY LILLIE, a single woman; and LORRAINE FONTANILLA-WEBBER, on behalf of her minor daughter, ASHLEY WEBBER,

Plaintiffs,

v.

ORTHO-MCNEIL CORPORATION, a foreign corporation; JOHNSON & JOHNSON, a foreign corporation; JOHNSON & JOHNSON SERVICES, INC., a foreign corporation; JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC., a foreign corporation; JOHNSON & JOHNSON RESEARCH & DEVELOPMENT, L.L.C., a foreign corporation; JOHNSON &JOHNSON CONSUMER COMPANIES INC., a foreign corporation; MCKESSON CORPORATION, a Delaware corporation; ALZA CORPORATION, a California

Case No. **C 07 2541** JCS

AFFIDAVIT OF ALEJANDRO HOJAS IN SUPPORT OF NOTICE OF REMOVAL AND REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) [DIVERSITY]

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

383835V11

AFFIDAVIT OF ALEJANDRO HOJAS IN SUPPORT OF NOTICE OF REMOVAL AND REMOVAL   CASE NO.

1  corporation aka ALZA DEVELOPMENT
2  aka ALZA INTERNATIONAL, INC., and
   DOES 1-50,
3              Defendants.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

1

DECLARATION IN SUPPORT OF NOTICE OF REMOVAL AND REMOVAL     CASE NO.

| | | |
|---|---|---|
| STATE OF CALIFORNIA | ) | AFFIDAVIT OF |
| | ) ss. | <u>ALEJANDRO HOJAS</u> |
| COUNTY OF SOLANO | ) | |

I, ALEJANDRO HOJAS, Manufacturing Manager of ALZA Corporation, being first duly sworn, depose and state as follows:

1. ALZA Corporation was not involved in the design, development or manufacture of Ortho Evra® prior to 2002.

2. In 2001, ALZA Corporation became a member of the Johnson & Johnson family of companies.

3. From 2002 through 2006, ALZA Corporation was the manufacturing site of Ortho Evra®.

4. ALZA Corporation has never been involved in the marketing or distribution of Ortho Evra®.

5. ALZA Corporation is not and was not involved in the post-marketing surveillance of Ortho Evra®.

6. ALZA Corporation was not involved in designing the labeling or prescribing information for Ortho Evra®.

FURTHER AFFIANT SAITH NAUGHT.

_____
ALEJANDRO HOJAS

SWORN TO AND SUBSCRIBED in my presence this 11th day of May, 2007.

ANNE E. RIBEIRO
Commission # 1513825
Notary Public - California
Solano County
My Comm. Expires Sep 17, 2008

_____
NOTARY PUBLIC

My Commission Expires:

Sept. 17, 2008

SFNJ1 1172676v1