**EXHIBIT B**

```
 1  CHARLES F. PREUSS (State Bar No. 45783)
    BRENDA N. BUONAIUTO (State Bar No. 173919)
 2  DRINKER BIDDLE & REATH LLP
    50 Fremont Street, 20th Floor
 3  San Francisco, California 94105
    Telephone: (415) 591-7500
 4  Facsimile: (415) 591-7510

 5  Attorneys for Defendants
    ORTHO-MCNEIL PHARMACEUTICAL, INC.
 6  and MCKESSON CORPORATION

 7

 8                    UNITED STATES DISTRICT COURT

 9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11  THERESA ABEL, an individual; LISA C.    Case No. C 06 7551
    ALEXANDER, an individual; LISA
12  ALEXANDER, an individual; NATALIE       DECLARATION OF GREG YONKO IN
    AMBROSE, an individual; NAOMI           SUPPORT OF NOTICE OF REMOVAL
13  ANDERSON, an individual; RONNIE         AND REMOVAL OF ACTION UNDER
    BANKS, an individual; JENNIFER          28 U.S.C. § 1441(b) [DIVERSITY]
14  BARNES, an individual; SHANANE
    BARROW, an individual; ANDREA
15  BREVARD, an individual; MONICA
    BROWN, an individual; ELIZABETH
16  BROXTERMAN, an individual; REGIN
    BRYANT, an individual; LAUREN
17  BUCHANON, an individual; LINDA
    CHAMPION, an individual; O'NESCIAN
18  CLINTON, an individual; RODRINA
    COLLIER, an individual; DENA COMER,
19  an individual; LORI CROSS, an individual;
    KIMBERLY EARLES, an individual;
20  APRIL FIELDER, an individual; MARY
    FREY, an individual; SHERRIE GROVE,
21  an individual; HOLLY HALE, an
    individual; AUDDRETTA HARRISON, an
22  individual; TANESHA KING, an
    individual; VERONICA LIPSCOMB, an
23  individual; LYNNELL LUMPKINS, an
    individual; GABRIELA MENA, an
24  individual; EBONI MITCHELL, an
    individual; ROCHELLE MORRIS, an
25  individual; LATANGELA NEWSOME, an
    individual; DESHA NICKERSON, an
26  individual; SANDRA NORMAN, an
    individual; ISABELLA PARKER, an
27  individual; SUZETTE RAMIREZ, an
28  individual; MONIQUE REED, an
```

DECLARATION OF GREG YONKO IN SUPPORT OF NOTICE OF REMOVAL AND REMOVAL   CASE No.

```
 1  individual; GENEVIEVE RENFRO, an
    individual; JENNIFER ROUSE, an
 2  individual; ELIZABETH SMITH, an
    individual; TJUANA STEWART-MARK,
 3  an individual; LATOSHA UNDERWOOD,
    an individual; COSONDA WEAVER, an
 4  individual; SAMANTHA WINCHESTER,
    an individual;
 5
                Plaintiffs,
 6
        v.
 7
    ORTHO-MCNEIL PHARMACEUTICAL,
 8  INC., a Delaware Corporation;
    MCKESSON CORP. and DOES 1-500,
 9  inclusive,
10              Defendants.
```

I, GREG YONKO, declare:

1. I am Senior Vice President - Purchasing for McKesson Corporation ("McKesson"). I make this Declaration based on my personal knowledge and/or information assembled by employees of McKesson, which I am informed and believe to be true. I would and could competently testify to the matters stated in this Declaration if called as a witness.

2. McKesson was and is a Delaware corporation, with its principal place of business in San Francisco, California.

3. McKesson was served with the Summons and Complaint in this action on November 15, 2006.

4. McKesson consents to the removal of this action.

5. McKesson had no involvement in the development or preparation of the prescribing information for Ortho Evra® and did not have any responsibility for the content of other written warnings concerning Ortho Evra®.

6. At no time has McKesson had any involvement with the manufacture, development, or testing of Ortho Evra®.

7. At no time has McKesson had any involvement with the packaging,

1 | labeling, advertising, promotion, or marketing of Ortho Evra®.
2 |     I declare under penalty of perjury under the laws of the United States of America that
3 | the foregoing is true and correct. Executed on December 6, 2006, in San Francisco,
4 | California.

*/s/ Greg Yonko*
GREG YONKO

Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

DECLARATION OF GREG YONKO IN SUPPORT OF NOTICE OF REMOVAL AND REMOVAL   CASE NO.