# EXHIBIT E



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

In re REZULIN LITIGATION

DIANE SKINNER; and DIANE YBARRA,

Plaintiffs,

v.

WARNER-LAMBERT CO.; PFIZER INC.; JERROLD OLEFSKY; McKESSON CORP., et al.,

Defendants.

CASE NO. CV 03-1643-R(RZx)

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR REMAND

Defendants removed this action from state court to this Court alleging diversity jurisdiction. Defendants asserted that Jerrold Olefsky and McKesson Corp., both of whom are California residents, were fraudulently joined. Plaintiffs moved to remand to state court. The motions came on for hearing by the Court on April 21, 2003.

Having considered the motions and other documents in support of and in opposition to the motions, having heard the arguments of counsel, and being fully advised in the matter, the Court denies the motion.

The Court finds that Dr. Jerrold Olefsky ("Dr. Olefsky"), a patent-holder and clinical investigator, owed no legal duty to any of the plaintiffs, and, therefore, there is no possibility that the plaintiffs can prove a cause of action against Dr. Olefsky. Thus, Dr. Olefsky must be disregarded for purposes of determining federal diversity jurisdiction.

23104767.WPD

1

[PROPOSED] ORDER

1  The Court further finds that there is no possibility that plaintiffs could prove a
2  cause of action against McKesson, an entity which distributed this FDA-approved
3  medication to pharmacists in California. Pursuant to comment k of the Restatement
4  (Second) of Torts Section 402A and California law following comment k, a
5  distributor of a prescription drug is not subject to strict liability.
6     Accordingly, this Court has diversity jurisdiction over each of these actions.
7  The motion to remand is denied.
8     IT IS SO ORDERED.
9  Dated: April 28, 2003

MANUEL L. REAL

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

12 Submitted by:
13
14 O'DONNELL & SHAEFFER LLP
   633 West Fifth Street, Suite 1700
15 Los Angeles, California 90071
   Telephone: (213) 532-2000
16 Facsimile:  (213) 532-2020

17 KAYE SCHOLER LLP
   1999 Avenue of the Stars
18 Los Angeles, California 90067
   Telephone: (310) 788-1000
19 Facsimile:  (310) 788-1200

20 By: /s/ Robert Barnes
       Robert Barnes
21 Attorneys for Defendants
   WARNER-LAMBERT COMPANY and PFIZER INC.

KAYE SCHOLER LLP

23104767.WPD

2
[PROPOSED] ORDER