CHARLES F. PREUSS (State Bar No. 45783)
BRENDA N. BUONAIUTO (State Bar No. 173919)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants

ORIGINAL FILED
MAY 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MELONEY WRIGHT and DONNY WRIGHT, wife and husband; DANYELE BACON, a single woman; DIANA BURK, a single woman; TIMA LEIPHART, a single woman; NUBIA FLORES, a single woman; MOLLY KIRKPATRICK, a single woman; REYNALDA ALVARADO, a single woman; GAYLE ANDERSON, a single woman; VERONIQUE PETERS and DONNY PETERS, wife and husband; LAKEYA BASKOM, a single woman; TIFFANY LILLIE, a single woman; and LORRAINE FONTANILLA-WEBBER, on behalf of her minor daughter, ASHLEY WEBBER,

  Plaintiffs,

v.

ORTHO-MCNEIL CORPORATION, a foreign corporation; JOHNSON & JOHNSON, a foreign corporation; JOHNSON & JOHNSON SERVICES, INC., a foreign corporation; JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC., a foreign corporation; JOHNSON & JOHNSON RESEARCH & DEVELOPMENT, L.L.C., a foreign corporation; JOHNSON & JOHNSON CONSUMER COMPANIES INC., a foreign corporation; MCKESSON CORPORATION, a Delaware corporation; ALZA CORPORATION, a California

DEFENDANTS' DISCLOSURE STATEMENT
[F.R.C.P. 7.1]

JCS
C 07  2541

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

DISCLOSURE STATEMENT                                    CASE NO.

1  corporation aka ALZA DEVELOPMENT aka ALZA INTERNATIONAL, INC., and
2  DOES 1-50,
3              Defendants.

5  Pursuant to Federal Rule of Civil Procedure. 7.1, defendants submit the following disclosure statement: Defendants Ortho-McNeil Pharmaceutical, Inc. (erroneously sued herein as "Ortho-McNeil Corporation"), Johnson & Johnson Services, Inc., Johnson & Johnson Health Care Systems, Inc., Johnson & Johnson Consumer Companies, Inc., and Alza Corporation (erroneously sued herein as "Alza Corporation aka Alza Development aka Alza International, Inc.") are wholly owned subsidiaries of Johnson & Johnson.

Dated: May 14, 2007

DRINKER BIDDLE & REATH

*/s/ Brenda Buonaiuto*
BRENDA N. BUONAIUTO
Attorneys for Defendants

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

383832v1

DISCLOSURE STATEMENT                                         CASE NO.

1