CHARLES F. PREUSS (State Bar No. 45783)
BRENDA N. BUONAIUTO (State Bar No. 173919)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants

ORIGINAL FILED
MAY 1 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELONEY WRIGHT and DONNY WRIGHT, wife and husband; DANYELE BACON, a single woman; DIANA BURK, a single woman; TIMA LEIPHART, a single woman; NUBIA FLORES, a single woman; MOLLY KIRKPATRICK, a single woman; REYNALDA ALVARADO, a single woman; GAYLE ANDERSON, a single woman; VERONIQUE PETERS and DONNY PETERS, wife and husband; LAKEYA BASKOM, a single woman; TIFFANY LILLIE, a single woman; and LORRAINE FONTANILLA-WEBBER, on behalf of her minor daughter, ASHLEY WEBBER, <br><br> Plaintiffs, <br><br> v. <br><br> ORTHO-MCNEIL CORPORATION, a foreign corporation; JOHNSON & JOHNSON, a foreign corporation; JOHNSON & JOHNSON SERVICES, INC., a foreign corporation; JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC., a foreign corporation; JOHNSON & JOHNSON RESEARCH & DEVELOPMENT, L.L.C., a foreign corporation; JOHNSON &JOHNSON CONSUMER COMPANIES INC., a foreign corporation; MCKESSON CORPORATION, a Delaware corporation; ALZA CORPORATION, a California | NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING [CIV. L.R. 3-13] <br><br> JCS <br><br> C-07 2541 <br><br> C 07 2541 |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

383905v1

NOTICE OF PENDENCY                                    CASE NO.

| | |
|---|---|
| 1<br>2 | corporation aka ALZA DEVELOPMENT aka ALZA INTERNATIONAL, INC., and DOES 1-50, |
| 3 | Defendants. |

Pursuant to Civil L.R. 3-13, defendants Ortho-McNeil Pharmaceutical, Inc. (erroneously sued herein as "Ortho-McNeil Corporation") ("OMP"), Johnson & Johnson ("J&J"), Johnson & Johnson Services, Inc. ("JJSI"), Johnson & Johnson Health Care Systems, Inc. ("JJHCS"), Johnson & Johnson Pharmaceutical Research & Development, L.L.C. ("JJPR&D"), and Johnson & Johnson Consumer Companies, Inc. ("JJCC") (collectively, "defendants") submit the following Notice of Pendency of Other Action or Proceeding:

On March 1, 2006, the Judicial Panel on Multidistrict Litigation ("JPML") created MDL 1742, *In re: Ortho Evra Products Liability Litigation*, ruling that all federal actions involving allegations of injury or death from use of the prescription drug Ortho Evra® be centralized for pre-trial purposes in the United States District Court for the Northern District of Ohio, before the Honorable David A. Katz, Case Number 1:06-CV-40000-DAK. To date, over 400 cases have been transferred to MDL 1742, and transfers of additional "tag-along" actions are pending. Defendants have requested that this action be deemed a "tag-along" and transferred to MDL No. 1742. Pursuant to Civil L.R. 3-13, defendants therefore respectfully request that this Court stay this action, pending transfer to the MDL, to achieve the judicial economies that underlie 28 U.S.C. Section 1407 (Multi-District Litigation Procedures) and to avoid conflicts, conserve resources, and promote an efficient determination of the action.

Please take notice that, in addition to MDL No. 1742, the following state court actions also allege product liability claims against defendant Ortho-McNeil Pharmaceutical, Inc. and/or other Johnson & Johnson companies related to use of the prescription drug Ortho Evra®:

1. *In re Ortho Evra Birth Control Patch Litigation*, Superior Court of New

1 | Jersey, Middlesex County, Case No. 275. To date, over 300 cases have been filed in the Superior Court of New Jersey;

2. *Ablin, Liz, et al., v. v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research and Development, LLC; and Alza Corporation and Does 1 through 10, Inclusive*, Superior Court of California, County of Los Angeles, Case No. BC-06-365729;

3. *Barnes, Sara, et al., v. Johnson & Johnson; Ortho-McNeil Pharmaceutical, Inc; Johnson & Johnson Pharmaceutical Research and Development, LLC; Alza Corporation, a Delaware Corporation; McKesson Corp and Does 1-500, inclusive*, Superior Court of California, County of Los Angeles, Case No. 07-BC366176;

4. *Bouchard, Brianna R., et al., v. Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; Alza Corporation; Ortho-McNeil Pharmaceutical, Inc.; and Does 1-50, inclusive*, Superior Court of California, County of Los Angeles, Case No. BC-06-357282;

5. *Bryant, Cynthia v. Johnson & Johnson, Ortho-McNeil Pharmaceutical, Inc., Johnson & Johnson Pharmaceutical Research and Development, LLC, Lisa P. Otey, M.D., Kelsey-Seybold Medical Group, P.A., Kelsey-Seybold Clinic Woman's Center and St. Luke's Episcopal Health System Corporation*, Circuit District Court of Harris County, Texas, Case No. 2007-16676;

6. *Christopher, Audrey, et al., v. Little Company of Mary Health Services; Providence Health System-Southern California; David F. Morgan, M.D.; Gerald I. Wasserwald, M.D.; Robert D. Swift, M.D.; Bernard L. Ullman, M.D.; Robert Bates, D.C.; Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research and Development, LLC fka R.W. Johnson Pharmaceutical Research Institute; and Does 1 to 100, inclusive*, Superior Court of California, County of Los Angeles, Case No. YC-06-053282;

7. *Christopher-Justice, Kai, et al., v. , v. Ortho-McNeil Pharmaceutical, Inc.;*

1  *Johnson & Johnson; Johnson & Johnson Pharmaceutical Research and Development,*
2  *LLC, and Alza Corporation and Does 1-10, inclusive,* Superior Court of California,
3  County of Los Angeles, Case No. 07-BC366885;

4      8. *Czubernat, Ashley v. Alza, a Delaware corporation; Johnson & Johnson*
5  *Pharmaceutical Research & Development LLC., a New Jersey corporation; Johnson &*
6  *Johnson, a New Jersey corporation; Ortho-McNeil Pharmaceutical, Inc., a New Jersey*
7  *corporation; and Does 1-25, inclusive,* Superior Court of California, County of San
8  Diego, Case Number GIC-872176-06;

9      9. *Dixon, Melissa v. Johnson & Johnson; Johnson & Johnson Pharmaceutical*
10 *Research & Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute;*
11 *Ortho McNeil Pharmaceutical, Inc. and Ortho McNeil,* 33rd Judicial District Court, Harris
12 County, Texas, Cause No. C2006-6603;

13     10. *Farfaras, Ewa, et al., v. Johnson & Johnson; Johnson & Johnson*
14 *Pharmaceutical Research & Development L.L.C.; Alza Corporation; and Ortho-McNeil*
15 *Pharmaceutical, Inc.,* Superior Court of California, County of Santa Clara, Case No. 1-
16 06-CV-68036;

17     11. *Faulkner, Raquel v. Ortho-McNeil Pharmaceutical, Inc.; Johnson &*
18 *Johnson; Johnson & Johnson Pharmaceutical Research and Development, L.L.C. f/k/a*
19 *R.W. Johnson Institute, Stanley L. Smith, JR., M.D., Stanley L. Smith, J.R. M.D. P.C.,*
20 *Methodist Healthcare, Methodist Healthcare Memphis Hospitals, d/b/a, Methodist*
21 *Germantown, Norberto R. Rojas, M.D., Medical Anesthesia Group, A Professional*
22 *Association,* Circuit Court of Shelby County, Tennessee, Case No. CI-005867-06;

23     12. *Galvan, Tina Marie, et al., v. Johnson & Johnson, Johnson & Johnson*
24 *Pharmaceutical Research & Development, L.L.C., Alza Corporation, Ortho-McNeil*
25 *Pharmaceutical, Inc. and Does 1-50 inclusive,* Superior Court of California, County of
26 Los Angeles, Case No. BC-07-367849;

27     13. *Gonzalez, Cariba, et al., v. Johnson & Johnson, Johnson & Johnson*
28

*Pharmaceutical Research & Development, L.L.C., Alza Corporation, Ortho-McNeil Pharmaceutical, Inc., and Does 1-50, inclusive*, Superior Court of California, County of Los Angeles, Case No. BC-06-363800;

14. *Grace, Kicia v. Johnson & Johnson, Ortho-McNeil Pharmaceutical, Inc., Johnson & Johnson Pharmaceutical Research & Development, LLC, Desiree A. Clarke, M.D. and West Care Medical Associates*, New York Supreme Court, County of New York, Case No. 07-105439;

15. *Greene, Stephanie v. Planned Parenthood Federation America, Inc., Planned Parenthood of Wisconsin, Inc., Johnson & Johnson, Ortho-McNeil Pharmaceutical, Inc., Johnson & Johnson Pharmaceutical Research and Development, LLC, f/k/a R.W. Johnson Pharmaceutical Research Institute, and Organon USA, Inc.*, Circuit Court of Milwaukee County, State of Wisconsin, Cause No. 06-9081;

16. *Hajdukiewicz, Jennifer, et al., v. Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; Alza Corporation; Ortho-McNeil Pharmaceutical, Inc.; and Does 1-50*, Superior Court of California, County of Santa Clara, Case No. 1-06-CV-72555;

17. *Hale, Ronald and Hale, Johnna, Individually and as Next of Friend and Special Administrators of the Estate of Jalisa K. Hale, deceased v. Ortho-McNeil Pharmaceutical, Inc., Johnson & Johnson, and Johnson & Johnson Pharmaceutical Research & Development, L.L.C., f/k/a R.W. Johnson Pharmaceutical Research Institute, and Dr. Elisa Crouse, O.B.G.Y.N., and Doctor Does 1-5 Corporate Does 1-5, and John and/or Jane Does 1-5*, District Court of Oklahoma County, State of Oklahoma, Case No. 06-7403;

18. *Hernandez, Ruth, et al., v. Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, L.L.C., Alza Corporation, Ortho-McNeil Pharmaceutical, Inc. and Does 1-50 inclusive*, Superior Court of California, County of Los Angeles, Case No. BC-07-357282;

19. *Hunt, Tracy v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; and Johnson & Johnson Pharmaceutical Research and Development, L.L.C., f/k/a R.W. Johnson Pharmaceutical Research Institute*, Third Judicial Circuit, Madison County, Illinois, Cause No. 0193-06;

20. *Kennedy, Bridget, as Administratrix of the Estate of Zakiya Kennedy v. Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute; and Ortho-McNeil Pharmaceutical, Inc.*, New York Supreme Court, County of New York, Case No. 106921-05;

21. *Lewis, Bintha as Representative of the Estate of Ashley Lewis v. Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute; and Ortho-McNeil Pharmaceutical, Inc.*, Circuit Court of the City of St. Louis, State of Missouri, Case No. 052-11741;

22. *Malcolm, Wanna, et al., v. Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, L.L.C., Alza Corporation, Ortho-McNeil Pharmaceutical, Inc., and Does 1-50, inclusive*, Superior Court of California, County of Los Angeles, Case No. BC-06-361709;

23. *Maldonado, Nina v. Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, L.L.C., Alza, Inc., and Ortho-McNeil Pharmaceutical, Inc.*, State Court of Minnesota, County of Dakota;

24. *Neal, Miriam v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson Corporation; Johnson & Johnson Pharmaceutical Research and Development, LLC; Fulton-Dekalb Hospital Authority d/b/a Grady Health Systems; The Emory Clinic, Inc.; Emory University, Inc.; Morehouse Medical Associates, Inc.; Morehouse Medical School Inc.; Hugh Randall, M.D.; John/Jane Does 1-10; and ABC Corps. 1-5*, Court of Dekalb County, Georgia, Civil Action No. 06A-54270-2;

25. *Prasad, Kristin, et al., v. Johnson & Johnson; Johnson & Johnson*

*Pharmaceutical Research & Development, L.L.C.; Alza Corporation; Ortho-McNeil Pharmaceutical, Inc.; and Does 1-50*, Superior Court of California, County of Santa Clara, Case No. 1-07-CV-78895;

26. *Sanchez, Gloria, et al., v. Johnson & Johnson, Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C., Alza Corporation, Ortho-McNeil Pharmaceutical, Inc., McKesson Corporation, and Does 1-50, inclusive*, Superior Court of California, County of San Francisco, Case No. CGC-06-458689;

27. *Taylor-Rodriguez, Jean M. v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, LLC; Alza Corporation; and Does 1 through 10, inclusive*, Superior Court of California, County of Stanislaus, Case No. 613038;

28. *Theis, Jill, et al., v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research and Development, LLC, f/k/a R.W. Johnson Pharmaceutical Research Institute; and Walgreen Co.*, Third Judicial Circuit, Madison County, Illinois, Cause No. 2006-L-784;

29. *Trager, Nikole v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, LLC; Alza Corporation; and Does 1 through 10, inclusive*, Superior Court of California, County of San Diego, Case No. GIC 880407; and

30. *Watkins, Carrie L. v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C., f/k/a R.W. Johnson Pharmaceutical Research Institute; Wisconsin Injured Patients and Families Compensation Fund; Dr. Robert E. Williams; Midwest Medical Insurance*

/ / /

/ / /

*Company; and United Healthcare Insurance Company*, Wisconsin Superior Court, Milwaukee County, Civil Action No. 06-1407.

Dated: May 14, 2007

DRINKER BIDDLE & REATH

/s/ Brenda Buonaiuto
BRENDA N. BUONAIUTO
Attorneys for Defendants