CHARLES F. PREUSS (State Bar No. 45783)
BRENDA N. BUONAIUTO (State Bar No. 173919)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants

E-filing

ORIGINAL FILED
MAY 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MELONEY WRIGHT and DONNY WRIGHT, wife and husband; DANYELE BACON, a single woman; DIANA BURK, a single woman; TIMA LEIPHART, a single woman; NUBIA FLORES, a single woman; MOLLY KIRKPATRICK, a single woman; REYNALDA ALVARADO, a single woman; GAYLE ANDERSON, a single woman; VERONIQUE PETERS and DONNY PETERS, wife and husband; LAKEYA BASKOM, a single woman; TIFFANY LILLIE, a single woman; and LORRAINE FONTANILLA-WEBBER, on behalf of her minor daughter, ASHLEY WEBBER,

Plaintiffs,

v.

ORTHO-MCNEIL CORPORATION, a foreign corporation; JOHNSON & JOHNSON, a foreign corporation; JOHNSON & JOHNSON SERVICES, INC., a foreign corporation; JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC., a foreign corporation; JOHNSON & JOHNSON RESEARCH & DEVELOPMENT, L.L.C., a foreign corporation; JOHNSON & JOHNSON CONSUMER COMPANIES INC., a foreign corporation; MCKESSON CORPORATION, a Delaware corporation; ALZA CORPORATION, a California

Case No. **JCS**

C 07 2541

**CERTIFICATE OF SERVICE**

1  corporation aka ALZA DEVELOPMENT
2  aka ALZA INTERNATIONAL, INC., and
   DOES 1-50,
3           Defendants.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

CERTIFICATE OF SERVICE                    CASE NO.

1

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I, GLORIA CADENA, declare that: |
| 3 | I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500. |
| 5 | On May 14, 2007, I caused to be served the following document(s): |
| 6 | 1.  CIVIL COVER SHEET; |
| 7-8 | 2.  NOTICE OF REMOVAL AND REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) [DIVERSITY]; |
| 9-11 | 3.  AFFIDAVIT OF ALEJANDRO HOJAS IN SUPPORT OF NOTICE OF REMOVAL AND REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) [DIVERSITY]; |
| 12-13 | 4.  DECLARATION OF BRENDA N. BUONAIUTO N SUPPORT OF NOTICE OF REMOVAL AND REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) [DIVERSITY]; |
| 14-15 | 5.  DEFENDANTS' DISCLOSURE STATEMENT [F.R.C.P. 7.1]; |
| 16-17 | 6.  DEFENDANTS' CERTIFICATON OF INTERESTED ENTITIES OR PERSONS [CIV. L.R. 3-16]; |
| 18 | 7.  NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING [CIV. L.R. 3-13]; |
| 19-20 | 8.  DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT; DEMAND FOR JURY TRIAL |

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

☐ BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

☑ BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

#383900v1

CERTIFICATE OF SERVICE

Federal Express envelope, addressed as follows:

☐ BY FACSIMILE: I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

Robert F. Clarke, Esq.
PHILLIPS & ASSOCIATES
3030 North Third Street, Suite 1100
Phoenix, Arizona 85012
Telephone: 602-258-8900
Facsimile: 602-279-9155
Attorneys for Plaintiffs

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 14, 2007 at San Francisco, California.

*[signature]*
GLORIA CADENA

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

NS

 

*package id*
0013226

*ship date*
Mon, May 14

*to*
Robert F. Clarke, Esq.
Phillips & Associates
3030 N 3rd St
Ste 1100
Phoenix, AZ 85012-3049 US
602-258-8900

*residential address*
No

*return label*
No

*notification type*
Delivery

*notification recipients*
gloria.cadena@dbr.com

*from*
Gloria Cadena (CADENAGM)
Drinker Biddle & Reath LLP
50 Fremont Street
San Francisco, CA 94105
US
415-591-7523

*billing*
Johnson & Johnson.EVRA -
  GENERAL COUNSELING
(040729.219378)
Meloney Wright Removal

*operator*
Gloria Cadena
415-591-7500
gloria.cadena@dbr.com

*create time*
05/14/07, 2:44PM

*vendor*
FedEx

*tracking number*
798674447462

*service*
FedEx Standard Overnight

*packaging*
FedEx Pak

*dimensions*
5.0 LBS

*signature*
Direct signature - at address

*courtesy quote*
30.54
*The courtesy quote does not reflect fuel surcharge and does not necessarily reflect all accessorial charges.*

### Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

©2003-2007 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
Other product and company names listed are trademarks or trade names of their respective companies.