CHARLES F. PREUSS (State Bar No. 45783)
BRENDA N. BUONAIUTO (State Bar No. 173919)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL, INC., JOHNSON & JOHNSON, JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC., JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, L.L.C., JOHNSON & JOHNSON CONSUMER COMPANIES, INC., ALZA CORPORATION, and MCKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELONEY WRIGHT and DONNY WRIGHT, wife and husband; DANYELE BACON, a single woman; DIANA BURK, a single woman; TIMA LEIPHART, a single woman; NUBIA FLORES, a single woman; MOLLY KIRKPATRICK, a single woman; REYNALDA ALVARADO, a single woman; GAYLE ANDERSON, a single woman; VERONIQUE PETERS and DONNY PETERS, wife and husband; LAKEYA BASKOM, a single woman; TIFFANY LILLIE, a single woman; and LORRAINE FONTANILLA-WEBBER, on behalf of her minor daughter, ASHLEY WEBBER,<br><br>        Plaintiffs,<br><br>   v.<br><br>ORTHO-MCNEIL CORPORATION, a foreign corporation; JOHNSON & JOHNSON, a foreign corporation; JOHNSON & JOHNSON SERVICES, INC., a foreign corporation; JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC., a foreign corporation; JOHNSON & JOHNSON RESEARCH & DEVELOPMENT, L.L.C., a foreign corporation; JOHNSON &JOHNSON | **No. C 07-02541 JCS**<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR STAY** |

CONSUMER COMPANIES INC., a foreign corporation; MCKESSON CORPORATION, a Delaware corporation; ALZA CORPORATION, a California corporation aka ALZA DEVELOPMENT aka ALZA INTERNATIONAL, INC., and DOES 1-50,

Defendants.

The Request to Stay Proceedings Pending Transfer to Ortho Evra® Multidistrict Litigation (the "Request"), filed on behalf of defendants Ortho-McNeil Pharmaceutical, Inc., Johnson & Johnson, Johnson & Johnson Services, Inc., Johnson & Johnson Health Care Systems, Inc., Johnson & Johnson Pharmaceutical Research & Development, L.L.C., Johnson & Johnson Consumer Companies, Inc., Alza Corporation, and McKesson Corporation, having been considered by the Court, and good cause appearing, the Court STAYS this action, including vacating the August 17, 2007 initial Case Management Conference and relieving the parties of the obligations to submit ADR Certifications on July 27, 2007 and Rule 26(f) Reports and Case Management Conference Statements on August 10, 2007. The stay shall remain in effect until the Judicial Panel on Multidistrict Litigation finalizes or rejects Defendants' request to include this action as a "tag along" to be transferred to MDL-1742 – *In re Ortho Evra Products Liability Litigation*.

IT IS SO ORDERED.

Dated: _____

United States District Judge