1  CHARLES F. PREUSS (State Bar No. 45783)
   BRENDA N. BUONAIUTO (State Bar No. 173919)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   ORTHO-MCNEIL PHARMACEUTICAL, INC.,
6  JOHNSON & JOHNSON, JOHNSON & JOHNSON
   SERVICES, INC., JOHNSON & JOHNSON HEALTH
7  CARE SYSTEMS, INC., JOHNSON & JOHNSON
   PHARMACEUTICAL RESEARCH &
8  DEVELOPMENT, L.L.C., JOHNSON & JOHNSON
   CONSUMER COMPANIES, INC., ALZA
9  CORPORATION, and MCKESSON CORPORATION

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13  MELONEY WRIGHT and DONNY              No. C 07-02541 ~~JCS~~ SC
    WRIGHT, wife and husband; DANYELE
14  BACON, a single woman; DIANA BURK,    ~~[PROPOSED]~~ ORDER GRANTING
    a single woman; TIMA LEIPHART, a      REQUEST FOR STAY
15  single woman; NUBIA FLORES, a single
    woman; MOLLY KIRKPATRICK, a single
16  woman; REYNALDA ALVARADO, a
    single woman; GAYLE ANDERSON, a
17  single woman; VERONIQUE PETERS and
    DONNY PETERS, wife and husband;
18  LAKEYA BASKOM, a single woman;
    TIFFANY LILLIE, a single woman; and
19  LORRAINE FONTANILLA-WEBBER, on
    behalf of her minor daughter, ASHLEY
20  WEBBER,

21              Plaintiffs,

22       v.

23  ORTHO-MCNEIL CORPORATION, a
    foreign corporation; JOHNSON &
24  JOHNSON, a foreign corporation;
    JOHNSON & JOHNSON SERVICES,
25  INC., a foreign corporation; JOHNSON &
    JOHNSON HEALTH CARE SYSTEMS,
26  INC., a foreign corporation; JOHNSON &
    JOHNSON RESEARCH &
27  DEVELOPMENT, L.L.C., a foreign
    corporation; JOHNSON &JOHNSON
28

CONSUMER COMPANIES INC., a foreign corporation; MCKESSON CORPORATION, a Delaware corporation; ALZA CORPORATION, a California corporation aka ALZA DEVELOPMENT aka ALZA INTERNATIONAL, INC., and DOES 1-50,

Defendants.

The Request to Stay Proceedings Pending Transfer to Ortho Evra® Multidistrict Litigation (the "Request"), filed on behalf of defendants Ortho-McNeil Pharmaceutical, Inc., Johnson & Johnson, Johnson & Johnson Services, Inc., Johnson & Johnson Health Care Systems, Inc., Johnson & Johnson Pharmaceutical Research & Development, L.L.C., Johnson & Johnson Consumer Companies, Inc., Alza Corporation, and McKesson Corporation, having been considered by the Court, and good cause appearing, the Court STAYS this action, including vacating the August 17, 2007 initial Case Management Conference and relieving the parties of the obligations to submit ADR Certifications on July 27, 2007 and Rule 26(f) Reports and Case Management Conference Statements on August 10, 2007. The stay shall remain in effect until the Judicial Panel on Multidistrict Litigation finalizes or rejects Defendants' request to include this action as a "tag along" to be transferred to MDL-1742 – *In re Ortho Evra Products Liability Litigation.*

IT IS SO ORDERED.

Dated: 5/22/07



United _____
Judge Samuel Conti