Robert F. Clarke, Esq. (CSBN 79881)
PHILLIPS & ASSOCIATES
3030 North Third Street, Suite 1100
Phoenix, Arizona 85012
Telephone:  (602) 258-8900 ext. 328
Facsimile:   (602) 288-1632
E-Mail:       bobc@phillipslaw.ws

Attorneys for Plaintiffs (See signature page
for complete list of represented parties)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELONEY WRIGHT, et al., | Case No. 07-cv-2541-SC |
| Plaintiffs, | **NOTICE OF AND PLAINTIFFS' MOTION TO REMAND TO STATE COURT** |
| vs. | |
| ORTHO-MCNEIL CORPORATION, et al., | The Honorable Samuel Conti<br>Courtroom 1, 17th Floor<br>Date:  July 27, 2007<br>Time:  10:00 a.m. |
| Defendants. | |

Please take notice that on July 27, 2007, at 10:00 a.m. in the above captioned court, located at 450 Golden Gate Avenue, San Francisco, California, the Court will consider Plaintiffs' motion to remand this case to the Superior Court of California, for the County of San Francisco. The motion is made on the grounds that the removal of the action based on diversity of citizenship was erroneous. There is not complete diversity of citizenship between the Plaintiffs and defendants, and Defendant McKesson Corporation is neither a sham nor a fraudulently joined Defendant.

This motion is based on 28 U.S.C. § 1447(c), the Memorandum of Points and Authorities in Support of Plaintiffs' Motion to Remand to State Court, the Declaration of Robert F. Clarke in Support of Plaintiffs' Motion to Remand to State Court, the Court's file in this action, any matters of which the Court may take judicial notice, and any oral argument presented at the hearing of this matter.

/ / /

1  Dated: June 4, 2007                                        **PHILLIPS & ASSOCIATES**

2

3                                                             By <u>s/Robert F. Clarke          </u>
                                                                 Robert F. Clarke
4                                                                E-mail: bobc@phillipslaw.ws

5                                                             Attorneys for Plaintiffs Meloney Wright, Donny Wright, Danyele Bacon, Diana Burk, Tina Leiphart, Nubia Flores, Molly Kirkpatrick, Reynalda Alvarado, Gayle Anderson, Veronique Peters, Donny Peters, Lakeya Baskom, Tiffany Lillie, Lorraine Fontanilla-Webber, and Ashley Webber.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

2   I am employed in the County of Maricopa, State of Arizona. I am over the age of eighteen (18) years and am not a party to the within action. On June 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all other parties appearing on the docket sheet as follows:

Brenda Buonaiuto
Drinker Biddle & Reath LLP
Brenda.Buonaiuto@dbr.com
Attorney for Defendants

I sent a copy of the foregoing by FedEx Express Priority Overnight delivery to:

Charles F. Preuss
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105
Attorney for Defendants

I declare that I am employed in the office of a member of the bar of this court at whose direction the filing and service was made.

DATED: June 4, 2007

s/Ron Foltz
Ron Foltz, Paralegal to Robert F. Clarke