1  Robert F. Clarke, Esq. (CSBN 79881)
   PHILLIPS & ASSOCIATES
2  3030 North Third Street, Suite 1100
   Phoenix, Arizona 85012
3  Telephone:   (602) 258-8900 ext. 328
   Facsimile:   (602) 288-1632
4  E-Mail:      bobc@phillipslaw.ws

5  Attorneys for Plaintiffs (See signature page
   for complete list of represented parties)

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 MELONEY WRIGHT, et al.,                    Case No. 07-cv-2541-SC

11                     Plaintiffs,            **DECLARATION OF ROBERT F.
                                              CLARKE IN SUPPORT OF PLAINTIFFS'
12 vs.                                        MOTION TO REMAND TO STATE
                                              COURT**
13 ORTHO-MCNEIL CORPORATION, et al.,
                                              The Honorable Samuel Conti
14                     Defendants.            Courtroom 1, 17th Floor
                                              Date:  July 27, 2007
15                                            Time: 10:00 a.m.

16

17     I, ROBERT F. CLARKE, declare as follows:

18     1.     I am an attorney at law admitted to practice before this Court, and I am a member

19 of the law firm of Phillips & Associates, attorneys of record for the Plaintiffs herein.  I have

20 personal knowledge of the facts set forth herein.  If called upon, I could and would competently

21 testify to the following from my own personal knowledge.

22     2.     Attached hereto as Exhibit 1 is a true and correct copy of Gary W. Cleary, et al.,

23 *Transdermal and Transdermal-like Delivery System Opportunities*, Business Briefing:

24 Pharmatech 2004.

25     3.     Attached hereto as Exhibit 2 is a true and correct copy of McKesson Corporation,

26 *McKesson to Acquire Kelly/Waldron and Kelly Waldron/SFA to Expand Marketing, Data*

27 *Analysis and Sales Support Services for Pharmaceutical and Biotechnology Manufacturers*,

28 press release dated December 21, 1998, accessed at

---

**Clarke Declaration In Support of Plaintiffs' Motion to Remand**         **07-cv-2541-SC**
**Page 1**

1  http://www.mckesson.com/en_us/McKesson.com/About%2BUs/Newsroom/Press%2BReleases/
2  1998/McKesson%2Bto%2BAcquire%2BKelly%252FWaldron%2Band%2BKelly%2BWaldron
3  %252FSFA%2Bto%2BExpand%2BMarketing%252C%2B12-21-1998.html on October 5, 2006.

4         4.       Attached hereto as Exhibit 3 is a true and correct copy of McKesson

5  Corporation's SEC Form 10-Q dated November 9, 2005, accessed at

6  http://www.mckesson.com/static_files/McKesson.com/CorpIR/PDF%20Documents/10Q_Q2_F

7  Y2006_Final.pdf#search=%22September%2030%2C%202005%20mckesson%2010q%22, on

8  October 6, 2006.

9         5.       Attached hereto as Exhibit 4 is a true and correct copy of Notice of Ruling (with

10  Revised Ruling on Request for Reconsideration by Judge Victoria Chaney), filed on or about

11  May 22, 2006, In Re: Vioxx Cases, Case No. JCCP 4247.

12         6.       Attached hereto as Exhibit 5 is a true and correct copy of Order Granting

13  Plaintiffs' Motion to Remand, Reid, et al., v. Merck & Company, Inc., et al., Case No. CV 02-

14  00504 NM (RZx), (C.D. Cal. March 26, 2002).

15         7.       Attached hereto as Exhibit 6 is a true and correct copy of Order Granting

16  Plaintiffs' Motion to Remand, Black, et al., v. Merck & Company, Inc., et al., Case No. CV 03-

17  8730 NM (AJWx), (C.D. Cal. March 3, 2004).

18         8.       Attached hereto as Exhibit 7 is a true and correct copy of Civil Minutes, Albright,

19  et al., v. Merck & Co., Inc., et al., Case No. CV 05-4025-JFW (MANx), (C.D. Cal. July 5, 2005).

20         9.       Attached hereto as Exhibit 8 is a true and correct copy of Civil Minutes, Aaroe, et

21  al., v. Merck & Co., Inc., et al., Case No. CV 05-5559-JFW (CWx), (C.D. Cal. September 2,

22  2005).

23         10.      Attached hereto as Exhibit 9 is a true and correct copy of the docket for MDL-

24  1742, as accessed online on June 1, 2007.

25         11.      Attached hereto as Exhibit 10 is a true and correct copy of the proposed order

26  regarding petition for coordination in the matter of Kai Christopher-Justice, et al., v. Ortho-

27  McNeil Pharmaceutical, Inc., et al.

28  / / / /

**Clarke Declaration In Support of Plaintiffs' Motion to Remand**                    **07-cv-2541-SC**
**Page 2**

1    I declare under penalty of perjury, pursuant to the laws of the State of California, that the

2  foregoing is true and correct.

3    Executed this 4th day of June, 2007, at Phoenix, Arizona.

4

5                                                           s/Robert F. Clarke
                                                    ROBERT F. CLARKE
6                                                   Phillips & Associates
                                                    E-mail: bobc@phillipslaw.ws
7

8                                                   Attorneys for Plaintiffs Meloney Wright, Donny
                                                    Wright, Danyele Bacon, Diana Burk, Tina
9                                                   Leiphart, Nubia Flores, Molly Kirkpatrick,
                                                    Reynalda Alvarado, Gayle Anderson, Veronique
10                                                  Peters, Donny Peters, Lakeya Baskom, Tiffany
                                                    Lillie, Lorraine Fontanilla-Webber, and Ashley
11                                                  Webber.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## TABLE OF CONTENTS-EXHIBITS

2

| Ex # | Exhibit Description | Page |
|---|---|---|
| 1 | Gary W. Cleary, et al., *Transdermal and Transdermal-like Delivery System Opportunities*, Business Briefing: Pharmatech 2004. | 5 |
| 2 | McKesson Corporation, *McKesson to Acquire Kelly/Waldron and Kelly Waldron/SFA to Expand Marketing, Data Analysis and Sales Support Services for Pharmaceutical and Biotechnology Manufacturers*, press release dated December 21, 1998, accessed at http://www.mckesson.com/en_us/McKesson.com/About%2BUs/Newsroom/Press%2BReleases/1998/McKesson%2Bto%2BAcquire%2BKelly%2FWaldron%2Band%2BKelly%2BWaldron%252FSFA%2Bto%2BExpand%2BMarketing%252C%2B12-21-1998.html on October 5, 2006. | 11 |
| 3 | McKesson Corporation's SEC Form 10-Q dated November 9, 2005, accessed at http://www.mckesson.com/static_files/McKesson.com/CorpIR/PDF/%20Documents/10Q_Q2_FY2006_Final.pdf#search=%22September%2030%2C%202005%20mckesson%2010q%22, on October 6, 2006. | 13 |
| 4 | Notice of Ruling (with Revised Ruling on Request for Reconsideration by Judge Victoria Chaney), In Re: Vioxx Cases, Case No. JCCP 4247, filed on or about May 22, 2006. | 43 |
| 5 | Order Granting Plaintiffs' Motion to Remand, Reid, et al., v. Merck & Company, Inc., et al., Case No. CV 02-00504 NM (RZx), (C.D. Cal. March 26, 2002). | 57 |
| 6 | Order Granting Plaintiffs' Motion to Remand, Black, et al., v. Merck & Company, Inc., et al., Case No. CV 03-8730 NM (AJWx), (C.D. Cal. March 3, 2004). | 64 |
| 7 | Civil Minutes, Albright, et al., v. Merck & Co., Inc., et al., Case No. CV 05-4025-JFW (MANx), (C.D. Cal. July 5, 2005). | 73 |
| 8 | Civil Minutes, Aaroe, et al., v. Merck & Co., Inc., et al., Case No. CV 05-5559-JFW (CWx), (C.D. Cal. September 2, 2005). | 76 |
| 9 | Docket for MDL-1742, as accessed online on June 1, 2007. | 79 |
| 10 | Proposed Order Re Petition for Coordination, Kai Christopher-Justice, et al., vs. Ortho-McNeil Pharmaceutical, Inc., et al., California Superior Court for Los Angeles County, Case No. BC366885, et al. | 89 |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    _____    **CERTIFICATE OF SERVICE**

2         I am employed in the County of Maricopa, State of Arizona.  I am over the age of eighteen

3    (18 ) years and am not a party to the within action. On June 4, 2007, I electronically filed the

4    foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such

5    filing to all other parties appearing on the  docket sheet as follows:

6                       Brenda Buonaiuto
             Drinker Biddle & Reath LLP

7                 Brenda.Buonaiuto@dbr.com
             Attorney for Defendants

8
     I sent a copy of the foregoing by FedEx Express Priority Overnight delivery to:

9
10                     Charles F. Preuss
             Drinker Biddle & Reath LLP
             50 Fremont Street, 20th Floor

11                San Francisco, CA 94105
             Attorney for Defendants

12
     I declare that I am employed in the office of a member of the bar of this court at whose

13   direction the filing and service was made.

14
DATED:  June 4, 2007             s/Ron Foltz_____

15                             Ron Foltz, Paralegal to Robert F. Clarke

16

17

18

19

20

21

22

23

24

25

26

27

28