Protect, Cat08, Lead, MDL1742

# U.S. District Court
## Northern District of Ohio (Cleveland)
### CIVIL DOCKET FOR CASE #: 1:06-cv-40000-DAK

In re Ortho Evra Products Liability Litigation  
Assigned to: Honorable David A. Katz (MDL1742)  
Member case: (View Member Case)  
Cause: 28:1332 Diversity-Product Liability  

Date Filed: 03/09/2006  
Jury Demand: Both  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity  

| Date Filed | # | Docket Text |
|---|---|---|
| 03/09/2006 | 1 | Transfer Order from Judicial Panel on Multidistrict Litigation: Pursuant to 28 USC 407, the actions on the attached Schedule A are transferred to the Northern District of Ohio and assigned to the Honorable David A. Katz for coordinated or consolidated pretrial proceedings. (Attachments: # 1 Schedule A)(S, R) (Entered: 03/09/2006) |
| 03/16/2006 | 2 | Notice of the Clerk of Courts to Attorneys involved in MDL Docket No. 1742. (Attachments: # 1 Electronic Filing Brochure # 2 Electronic Filing Policies and Procedures Manual)(S, R) (Entered: 03/16/2006) |
| 03/16/2006 |  | Minutes of proceedings [Non document].Telephone Conference held on 3/15/06 before Judge David A. Katz. (30 min) (G, C) (Entered: 03/16/2006) |
| 03/16/2006 | 3 | CASE MANAGEMENT ORDER No. 1 re designation of Lead Counsel, Liaison Counsel & Steering Committee Members. Lead Counsel to confer pursuant to Rule 26 (f). Signed by Judge David A. Katz on 3/16/06. (G, C) Modified on 9/14/2006 (G, C). (Entered: 03/16/2006) |
| 03/28/2006 | 4 | ORDER Status Conference set for 5/2/06 at 11:00 AM in Courtroom 19A before Honorable David A. Katz (MDL1742).. Signed by Judge David A. Katz (MDL1742) on 3/28/06. (G, C) (Entered: 03/28/2006) |
| 04/05/2006 | 5 | Conditional Transfer Order (CTO-1) by Judicial Panel on Multidistrict Litigation transferring 54 cases to the Northern District of Ohio. Signed by Judge David A. Katz (MDL1742) on 4/5/2006. (S, J) (Entered: 04/05/2006) |
| 04/14/2006 | 6 | CASE MANAGEMENT ORDER No. 2. Pretrial Conference set for 5/2/2006 11:00 AM. in Courtroom 19A, Carl B. Stokes US Courthouse. See order for details. Signed by Judge David A. Katz (MDL1742) on 4/14/06. (Attachments: # 1 Appendix A (2) Appendix B (3) Appendix C)(R, Ci) Modified on 9/20/2006 (G, C). (Entered: 04/14/2006) |
| 04/19/2006 | 7 | Stipulated Protective Order of Confidentiality. Signed by Judge David A. Katz on 4/19/06. (G, C) (Entered: 04/19/2006) |
| 05/02/2006 | 8 | Conditional Transfer Order (CTO-2) by Judicial Panel on Multidistrict Litigation transferring 10 listed cases to the Northern District of Ohio. (S, R) (Entered: 05/02/2006) |

**EXHIBIT 9**
-79-

| | | |
|---|---|---|
| 05/05/2006 | 9 | CASE MANAGEMENT ORDER No. 3. Status conference held on 5/2/06. Further status conference with lead counsel set for 6/26/06 at 2:30 PM before Honorable David A. Katz (MDL1742). Signed by Judge David A. Katz on 5/5/06. (G, C) (Entered: 05/05/2006) |
| 05/08/2006 | 10 | Notice of Appearance by K. Elizabeth Middleton filed on behalf of Ortho Evra Plaintiff(s). (S, R) (Entered: 05/10/2006) |
| 05/22/2006 | 11 | Transcript of Pretrial Conference Proceedings held on 5/2/06 before Judge Katz filed manually. To obtain a bound copy of this transcript please contact Court Reporter George J. Staiduhar at 216-357-7128. Complete document on file, 37 pages. (S, R) (Entered: 05/23/2006) |
| 05/25/2006 | 12 | Order Vacating Conditional Transfer Order by Judicial Panel on Multidistrict Litigation. CTO-2 is vacated insofar as it relates to SDIL Case No. 3:06-160 (McNichols v Johnson & Johnson) (Related Doc 8). (S, R) (Entered: 05/25/2006) |
| 05/25/2006 | 13 | Conditional Transfer Order (CTO-3) by Judicial Panel on Multidistrict Litigation transferring 16 new case to the Northern District of Ohio. (S, J) (Entered: 05/25/2006) |
| 05/30/2006 | 14 | Conditional Transfer Order (CTO-4) by Judicial Panel on Multidistrict Litigation transferring 11 listed cases to the Northern District of Ohio . (S, R) (Entered: 05/30/2006) |
| 06/07/2006 | 15 | Notice of Appearance by Jason Mark filed on behalf of Plaintiffs. (S, R) (Entered: 06/07/2006) |
| 06/08/2006 | 16 | Conditional Transfer Order (CTO-5) transferring 17 cases listed to the Northern District of Ohio. (S, J) (Entered: 06/08/2006) |
| 06/12/2006 | 17 | Conditional Transfer Order (CTO-6) by Judicial Panel on Multidistrict Litigation transferring New Jersey Case No. 2:06-1931 (Rosenbaum v. Johnson & Johnson) and Southern District of Ohio Case No. 2:06-277 (Brown v. Johnson & Johnson) to the Northern District of Ohio. (S, R) (Entered: 06/13/2006) |
| 06/16/2006 | 18 | Conditional Transfer Order (CTO-7) by Judicial Panel on Multidistrict Litigation transferring Southern District of Ohio Case No. 1:06-125 (Kammer v Johnson & Johnson) and District of Utah Case No. 2:06-394 (Corbin v. Ortho-McNeil Pharmaceutical) to the Northern District of Ohio. (S, R) (Entered: 06/16/2006) |
| 06/20/2006 | 19 | Conditional Transfer Order (CTO-8) by Judicial Panel on Multidistirt Litigation transferring 4 listed cases to the Northern District of Ohio. (S, R) Modified on 6/23/2006 (S, R). (Entered: 06/20/2006) |
| 06/21/2006 | 20 | Transfer Order by Judicial Panel on Multidistrict Litigation transferring District of New Jersey case no. 2:05-5394 (Izzi v Johnson & Johnson) to the Northern District of Ohio. (S, R) (Entered: 06/21/2006) |
| 06/27/2006 | 21 | ORDER status conference held on 6/26/06. Further status conference set for 9/18/06 at 1:30 PM. . Signed by Judge David A. Katz (MDL1742) on 6/27/06. (G, C) (Entered: 06/27/2006) |
| 06/27/2006 | 22 | CASE MANAGEMENT ORDER No. 4 Signed by Judge David A. Katz (MDL1742) on 6/27/06. (Attachments: # 1 Exhibit Plaintiff Fact Sheet# 2 Exhibit Medical |

**EXHIBIT 9**
**-80-**

| | | |
|---|---|---|
| | | Authorization)(G, C) (Entered: 06/27/2006) |
| 06/30/2006 | 23 | Attorney Appearance by Richard W. Schulte filed by on behalf of Ortho Evra Plaintiff(s). (Schulte, Richard) (Entered: 06/30/2006) |
| 07/06/2006 | 24 | Conditional Transfer Order (CTO-9) by Judicial Panel on Multidistrict Litigation transferring four listed cases to the Northern District of Ohio. (S, R) (Entered: 07/06/2006) |
| 07/12/2006 | 25 | Conditional Transfer Order (CTO-10) by Judicial Panel on Multidistrict Litigation transferring 12 cases to the Northern District of Ohio.(S, J) (Entered: 07/12/2006) |
| 07/17/2006 | | Telephone Conference held on 7/17/06. (Non document). Signed by Judge David A. Katz (MDL1742) on 7/17/06. (G, C) (Entered: 07/17/2006) |
| 07/19/2006 | 26 | Conditional Transfer Order (CTO-11) by Judicial Panel on Multidistrict Litigation transferring 1 case from the District of New Jersey to the Northern District of Ohio. (S, J) (Entered: 07/19/2006) |
| 07/24/2006 | 27 | Notice *of Appearance of attorney Elizabeth A. Wall* filed by Ortho Evra Plaintiff(s). (Seeger, Christopher) Modified on 7/26/2006 (S, R). (Entered: 07/24/2006) |
| 07/25/2006 | 28 | ORDER Court appoints Ellen Relkin, Esq. as State Court Liason. Court has determined necessity of appointing a member of the Plaintiff's Steering Committee as Federal Court Liason. Court will select a member forappointment unless a nominee is recommended by the Executive Committee on or before 7/31/06 . Signed by Judge David A. Katz (MDL1742) on 7/25/06. (G, C) (Entered: 07/25/2006) |
| 07/25/2006 | 29 | Motion for leave to file first amended complaint filed by plaintiff Paula Millican. (Attachments: # 1 Exhibit Amended Complaint) (1:06-40022) (Abaray, Janet) Motion terminated. Attorney refiled in 1:06-40022. Modified on 7/28/2006 (S, R). (Entered: 07/25/2006) |
| 07/27/2006 | 30 | CASE MANAGEMENT ORDER No. 5 appointing Michael London as Plaintiffs' MDL Federal Liaison and addressing other matters as stated herein . Signed by Judge David A. Katz on 7/27/06. (G, C) Modified on 9/14/2006 (G, C). (Entered: 07/27/2006) |
| 07/27/2006 | 31 | Notice of Appearance *as additional counsel* for plaintiffs by Catherine T. Heacox (Heacox, Catherine) Modified on 7/28/2006 (S, R). (Entered: 07/27/2006) |
| 07/28/2006 | 34 | Transcript of Status Conference Proceedings held on 6/26/06 before Judge Katz filed manually. To obtain a bound copy of this transcript please contact Court Reporter Angela D. Eitzman at 419-260-5259. Complete document on file, 27 pages. (S, R) (Entered: 08/02/2006) |
| 07/31/2006 | 32 | Conditional Transfer Order (CTO-12) By Judicial Panel on Multidistrict Litigation transferring 2 cases to The Northern District of Ohio. (S, J) (Entered: 07/31/2006) |
| 07/31/2006 | 33 | Conditional Transfer Order (CTO-13) by Judicial Panel on Multidistrict Litigation transferring 2 case to the Northern District of Ohio. (S, J) (Entered: 07/31/2006) |
| 08/07/2006 | 35 | Attorney Appearance by Jason A. Mark filed by on behalf of Ortho Evra Plaintiff(s). (Mark, Jason) (Entered: 08/07/2006) |
| 08/09/2006 | 36 | Conditional Transfer Order (CTO-14) by Judicial Panel on Multidistrict Litigation |

**EXHIBIT 9**
**-81-**

| | | |
|---|---|---|
| | | transferring 5 cases to the Northern District of Ohio. (S, J) (Entered: 08/09/2006) |
| 08/10/2006 | 37 | Conditional Transfer Order (CTO-15) by Judicial Panel on Multidistrict Litigation transferring 13 new cases. (S, J) (Entered: 08/10/2006) |
| 08/14/2006 | 38 | Notice *of Appearance of attorney Michael L. Rosenberg* filed by Ortho Evra Plaintiff(s). (Seeger, Christopher) (Entered: 08/14/2006) |
| 08/16/2006 | 39 | Transfer Order by Judicial Panel on Multidistrict Litigation transferring Southern District of Texas case no. 4:06-1414 (Lewis, Jr., et al v Johnson & Johnson, et al) to the Nothern District of Ohio. (S, R) (Entered: 08/16/2006) |
| 08/22/2006 | 40 | ORDER resignation of Ray Chester as a member of Plaintiffs' Steering Committee approved effective 8/14/06. Signed by Judge David A. Katz (MDL1742) on 8/14/06. (G, C) (Entered: 08/22/2006) |
| 08/25/2006 | 41 | CASE MANAGEMENT ORDER No. 6 . Signed by Judge David A. Katz (MDL1742) on 8/25/06. (Attachments: # (1) Exhibit Defendant's Fact Sheet)(G, C) Modified on 8/28/2006 (S, R). Modified on 9/20/2006 (G, C). (Entered: 08/25/2006) |
| 08/25/2006 | 42 | CASE MANAGEMENT ORDER No. 7 Deposition Guidelines . Signed by Judge David A. Katz (MDL1742) on 8/25/06. (G, C) Modified on 8/28/2006 (S, R). (Entered: 08/25/2006) |
| 08/25/2006 | 43 | CASE MANAGEMENT ORDER No. 8 (State Federal Coordination of Discovery). Signed by Judge David A. Katz (MDL1742) on 8/25/06. (G, C) Modified on 8/28/2006 (S, R). (Entered: 08/25/2006) |
| 08/28/2006 | 44 | CASE MANAGEMENT ORDER NO. 9. Common Benefit Order . Signed by Judge David A. Katz on 8/28/06. (G, C) Modified on 9/19/2006 (G, C). (AMENDED SEE DOC. NO. 49) (Entered: 08/28/2006) |
| 09/01/2006 | 45 | Conditional Transfer Order (CTO-16) by Judicial Panel on Multidistrict Litigation transferring 14 listed cases to the Northern District of Ohio. (S, R) (Entered: 09/01/2006) |
| 09/06/2006 | 46 | Notice *of Change of Firm Name* filed by Ortho Evra Plaintiff(s). (Abaray, Janet) (Entered: 09/06/2006) |
| 09/08/2006 | 47 | Conditional Transfer Order (CTO-17) by Judicial Panel on Multidistrict Litigation transferring 13 listed cases to the Northern District of Ohio. (S, R) (Entered: 09/08/2006) |
| 09/13/2006 | 48 | Conditional Transfer Order (CTO-18) by Judicial Panel on Multidistrict Litigation transferring 10 listed cases to the Northern District of Ohio. (S, R) (Entered: 09/13/2006) |
| 09/19/2006 | 49 | AMENDED CASE MANAGEMENT ORDER NO. 9. Common Benefit Order . Signed by Judge David A. Katz (MDL1742) on 9/19/06. (G, C) Modified on 9/19/2006 (G, C). (SEE SECOND AMENDED DOC. NO. 50) (Entered: 09/19/2006) |
| 09/19/2006 | 50 | SECOND AMENDED CASE MANAGEMENT ORDER NO. 9. Common Benefit Order . Signed by Judge David A. Katz (MDL1742) on 98/19/06. (G, C) (Entered: 09/19/2006) |
| | | |

**EXHIBIT 9**
**-82-**

| | | |
|---|---|---|
| 09/20/2006 | 51 | Order Status Conference held on 9/18/06. Further Status Conference set for 12/1/06 at 10:00 AM . Signed by Judge David A. Katz (MDL1742) on 9/20/06. (G, C) (Entered: 09/20/2006) |
| 10/04/2006 | 52 | Attorney Appearance by Rodney K. Castille filed on behalf of Ortho Evra Plaintiff(s). (S, R) (Entered: 10/04/2006) |
| 10/04/2006 | 53 | Conditional Transfer Order (CTO-19) by Judicial Panel on Multidistrict Litigation transferring the 20 listed cases to the Northern District of Ohio. (S, R) (Entered: 10/04/2006) |
| 10/04/2006 | 54 | Notice of change of counsel address and firm name change by plaintiffs' counsel Richard W. Schulte. (Schulte, Richard) Modified on 10/5/2006 (S, R). (Entered: 10/04/2006) |
| 10/11/2006 | 55 | Transcript of Hearing on Discovery Issues Proceedings held on 9/18/06 before Judge David A. Katz filed manually. To obtain a bound copy of this transcript please contact Court Reporter Angela D. Nixon at 419-260-5259. Complete document on file, 56 pages. (A, P) (Entered: 10/11/2006) |
| 10/16/2006 | 56 | Motion for protective order filed by Johnson & Johnson, Johnson & Johnson Pharmaceutical Research and Development, LLC, Ortho-McNeil Pharmaceutical, Inc., Johnson Pharmaceutical Research & Development, L.L.C.. (Attachments: # 1 Exhibit Order of Certification# 2 Exhibit Order Granting Certification# 3 Exhibit 9/27/06 Letter of MDL Plaintiffs# 4 Exhibit Prel Memorandum of Petitioner in Opp# 5 Exhibit Stipulated Protective Order)(Tucker, Robert) (Entered: 10/16/2006) |
| 10/16/2006 | 57 | Conditional Transfer Order (CTO-20) by Judicial Panel on Multidistrict Litigation transferring 10 listed cases to the Northern District of Ohio. (S, R) (Entered: 10/18/2006) |
| 10/18/2006 | 58 | Response to Motion for protective order filed by Ortho Evra Plaintiff(s). Related document(s)56. (Abaray, Janet) (Entered: 10/18/2006) |
| 10/19/2006 | 59 | ORDER discovery dispute conference regarding Defendants' motion for protective order (Doc. No. 56) held on 10/18/06 by phone with lead counsel. Court takes the matter under advisement. Signed by Judge David A. Katz (MDL1742) on 10/19/06. (G, C) (Entered: 10/19/2006) |
| 10/25/2006 | 60 | Conditional Transfer Order (CTO-21) by Judicial Panel on Multidistrict Litigation transferring the 18 listed cases to the Northern District of Ohio. (S, R) (Entered: 10/25/2006) |
| 10/26/2006 | 61 | Conditional Transfer Order (CTO-22) by Judicial Panel on Multidistrict Litigation transferring five listed cases to the Northern District of Ohio. (S, R) (Entered: 10/26/2006) |
| 11/16/2006 | 62 | Order: Status Conference set for 12/1/2006 11:00 AM in Courtroom 204 before Honorable David A. Katz (MDL1742).. Signed by Judge David A. Katz on 11/16/06. (R, Ci) (Entered: 11/16/2006) |
| 11/22/2006 | 63 | Conditional Transfer Order (CTO-23) by Judicial Panel on Multidistrict Litigation transferring 20 cases to the Northern District of Ohio. (S, J) (Entered: 11/22/2006) |
| | | |

| | | |
|---|---|---|
| 11/27/2006 | 64 | Conditonal Transfer Order (CTO-24) by Judicial Panel on Multidistrict Litigation transferring 5 listed cases to the Northern District of Ohio. (S, R) (Entered: 11/27/2006) |
| 12/04/2006 | 65 | Notice of Change of Firm Address *from Gianni Petoyan to Andrews & Thornton* filed by Ortho Evra Plaintiff(s). (Gianni, Laura) Modified on 12/6/2006 (S, R). (Entered: 12/04/2006) |
| 12/05/2006 | | Minutes of Proceedings (non-document). Status Conference held on 12/1/06 before by Judge David A. Katz (G, C) Modified on 12/6/2006 (S, R). (Entered: 12/05/2006) |
| 12/06/2006 | 66 | Conditional Transfer Order (CTO-25) by Judicial Panel on Multidistrict Litigation transferring 17 cases to the Northern District of Ohio. (S, J) (Entered: 12/07/2006) |
| 12/08/2006 | 67 | Attorney Appearance by Richard W. Schulte filed by on behalf of Ortho Evra Plaintiff(s). (Schulte, Richard) (Entered: 12/08/2006) |
| 12/12/2006 | 68 | CASE MANAGEMENT ORDER 9a re Common Benefit Fees and Expenses . Signed by Judge David A. Katz on 12/12/06. (G, C) (Entered: 12/12/2006) |
| 12/12/2006 | 69 | CASE MANAGEMENT ORDER 10 re status conference held 12/1/06. Further status conference set for 2/15/07 at 1:00 PM in Florida as stated herein before Honorable David A. Katz (MDL1742). Signed by Judge David A. Katz (MDL1742) on 12/12/06. (G, C) (Entered: 12/12/2006) |
| 12/12/2006 | 70 | CASE MANAGEMENT ORDER 11 re Direct Filing. Signed by Judge David A. Katz (MDL1742) on 12/12/06. (Attachments: # 1 Exhibit Electronic Filing Brochure# 2 Exhibit Electronic Filing Procedures Manual)(G, C) (Entered: 12/12/2006) |
| 12/12/2006 | 71 | CASE MANAGEMENT ORDER 9a re Common Benefit Fees and Expenses. REFILED TO CORRECT SIGNATURE . Signed by Judge David A. Katz (MDL1742) on 12/12/06. (G, C) (Entered: 12/12/2006) |
| 12/12/2006 | 72 | Transcript of Status Conference Proceedings held on 12/1/06 before Judge David A. Katz filed manually. To obtain a bound copy of this transcript please contact Court Reporter Tracy Spore at 419-243-3607. Complete document on file, 88 pages. (A, P) (Entered: 12/12/2006) |
| 12/20/2006 | | Telephone Conference held on 12/20/06 . (Non Document) by Judge David A. Katz (MDL1742) on 12/20/06. (G, C) (Entered: 12/20/2006) |
| 12/26/2006 | | Telephone Conference held on 12/26/06. Non Document Judge David A. Katz (MDL1742) on 12/26/06. (G, C) (Entered: 12/26/2006) |
| 12/27/2006 | 73 | CASE MANAGEMENT ORDER NO. 12 re protected documents . Signed by Judge David A. Katz (MDL1742) on 12/27/06. (G, C) (Entered: 12/27/2006) |
| 12/29/2006 | 74 | Conditional Transfer Order (CTO-26) by Judicial Panel on Multidistrict Litigation transferring 16 listed cases to the Northern District of Ohio. (S, R) (Entered: 12/29/2006) |
| 01/10/2007 | 75 | Transfer Order by Judicial Panel on Multidistrict Litigation transferring 2 cases from Middle District of Alabama. (S, J) (Entered: 01/10/2007) |
| 01/10/2007 | 76 | Conditional Transfer Order (CTO-27) by Judicial Panel on Multidistrict Litigation transferring 31 cases to the Northern District of Ohio. (S, J) (Entered: 01/10/2007) |

**EXHIBIT 9**
**-84-**

| | | |
|---|---|---|
| 01/11/2007 | 77 | CASE MANAGEMENT ORDER NO. 13. Status conference set for 2/15/07 at United States Courthouse Southern District of Florida, Fort Lauderdale. Lead and liason counsel in chambers at 1:00 pm. All counsel at 2:30 pm in Courtroom 207B. Counsel expecting to attend this conference to familiarize themselves with Administrative Order attached . Signed by Judge David A. Katz (MDL1742) on 1/11/07. (Attachments: # 1 Southern District Florida Administrative Order 2006-16)(G, C) (Entered: 01/11/2007) |
| 01/11/2007 | 78 | Notice of Appearance by Jerrold S. Parker filed on behalf of Ortho Evra Plaintiff(s). (Parker, Jerrold) Modified on 1/12/2007 (S, R). (Entered: 01/11/2007) |
| 01/11/2007 | 79 | Notice of Appearance *Michael B. Lynch* filed on behalf of Ortho Evra Plaintiff(s). (Schultz, Matthew) Modified on 1/12/2007 (S, R). (Entered: 01/11/2007) |
| 01/24/2007 | 80 | Conditional Transfer Order (CTO-28) by Judicial Panel on Multidistrict Litigation transferring 16 cases to the Northern District of Ohio. (S,J) (Entered: 01/29/2007) |
| 02/09/2007 | | Telephone Conference with lead counsel held on 2/8/07. Non Document. Judge David A. Katz (MDL1742) on 2/9/07.(G,C) (Entered: 02/09/2007) |
| 02/09/2007 | 81 | Notie of Association of Counsel by *Lori E. Andrus, Micha Liberty & Jennie Anderson* filed on behalf of Ortho Evra Plaintiff(s). (Andrus, Lori) Modified on 2/12/2007 (S, R). (Entered: 02/09/2007) |
| 02/22/2007 | 82 | Conditional Transfer Order (CTO-29) by Judicial Panel on Multidistrict Litigation transferring 76 cases to the Northern District of Ohio.(S,J) (Entered: 02/22/2007) |
| 02/22/2007 | 83 | Address Change Notice by W. Todd Harvey filed by on behalf of Ortho Evra Plaintiff(s). (Attachments: # 1 Service List)(Harvey, W.) (Entered: 02/22/2007) |
| 02/27/2007 | 84 | CASE MANAGEMENT ORDER 14. Status Conference held on 2/15/07. Further status conference set for 4/4/07 in Toledo, Ohio. Executive Committee at 1:00 pm in chambers, all counsel at 2:30 pm. Signed by Judge David A. Katz (MDL1742) on 2/27/07.(G,C) (Entered: 02/27/2007) |
| 02/27/2007 | 85 | Transcript of Status Conference Hearing held on 2/15/2007 before Judge David A. Katz filed manually. To obtain a bound copy of this transcript please contact Court Reporter Robert A. Ryckoff at 954-769-5657. Complete document on file, 34 pages. (R,Ci) (Entered: 02/27/2007) |
| 03/02/2007 | | Discovery Conference re in camera review held on 3/1/07 (Non document). By Judge David A. Katz (MDL1742) on 3/2/07.(G,C) (Entered: 03/02/2007) |
| 03/02/2007 | 86 | Notice of Change of Address *of Kabateck Brown Kellner LLP* by Shawn Khorrami filed by on behalf of Ortho Evra Plaintiff(s). (Khorrami, Shawn) Modified on 3/5/2007 (S, R). (Entered: 03/02/2007) |
| 03/08/2007 | 87 | Conditional Transfer Order (CTO-30) by Judicial Panel on Multidistrict Litigation transferring 3 cases to the Northern District of Ohio.(S,J) (Entered: 03/08/2007) |
| 03/09/2007 | 88 | CASE MANAGEMENT ORDER 15 re appointment of Andrew H. Mahler, CPA, to oversee the Common Benefit Fund established by CMO-9 (Related Doc. # 50). Signed by Judge David A. Katz on 3/9/07.(G,C) (Entered: 03/09/2007) |
| 03/21/2007 | 89 | Conditional Transfer Order (CTO-31) by Judicial Panel on Multidistrict Litigation transferring 17 cases to the Northern District of Ohio.(S,J) (Entered: 03/21/2007) |

**EXHIBIT 9**
**-85-**

| | | |
|---|---|---|
| 03/27/2007 | | Telephone Discovery Conference with lead counsel held 3/26/07. By Judge David A. Katz on 3/27/07.(G,C) (Entered: 03/27/2007) |
| 03/28/2007 | 90 | Conditional Transfer Order (CTO-32) by Judicial Panel on Multidistrict Litigation transferring 1 case to the Northern District of Ohio. (S,J) (Entered: 03/28/2007) |
| 03/28/2007 | 91 | Noice of Appearance by Laura A. Gianni filed on behalf of Ortho Evra Plaintiff(s). (Gianni, Laura) Modified on 3/29/2007 (S, R). (Entered: 03/28/2007) |
| 03/29/2007 | 92 | Conditional Transfer Order (CTO-33) by Judicial Panel on Multidistrict Litigation transferring 27 cases to the Northern District of Ohio. (S,J) (Entered: 03/29/2007) |
| 04/02/2007 | 93 | FILED IN ERROR. Attorney to refile. Motion for Recommending That Attorney Brian S. Kabateck Be Added To The Plaintiff's Steering Committee filed by Ortho Evra Plaintiff(s). (Abaray, Janet) Modified on 4/2/2007 (S, R). (Entered: 04/02/2007) |
| 04/02/2007 | 94 | Motion for Recommending That Attorney Brian S. Kabateck Be Added To The Plaintiff's Steering Committee filed by Ortho Evra Plaintiff(s). (Abaray, Janet) (Entered: 04/02/2007) |
| 04/03/2007 | 95 | CASE MANAGEMENT ORDER 16 Court designates Attorney Brian S. Kabatek to serve on Plaintiffs' Steering Committee. (Related Doc # 94). Signed by Judge David A. Katz (MDL1742) on 4/3/07.(G,C) (Entered: 04/03/2007) |
| 04/06/2007 | 96 | CASE MANAGEMENT ORDER 17. Status conference held on 4/4/07. Further status conference set for 5/21/07 at 1:30 PM. Signed by Judge David A. Katz on 4/6/07 (MDL1742). (G,C) (Entered: 04/06/2007) |
| 04/11/2007 | 97 | Conditional Transfer Order (CTO-34) by Judicial Panel on Multidistrict Litigation transferring 24 listed cases to the Northern District of Ohio.(S,R) (Entered: 04/12/2007) |
| 04/11/2007 | 98 | Conditional Transfer Order (CTO-35) by Judicial Panel on Multidistrict Litigation transferring 7 listed cases to the Northern District of Ohio.(S,R) (Entered: 04/12/2007) |
| 04/11/2007 | 99 | Conditional Transfer Order (CTO-36) by Judicial Panel on Multidistrict Litigation transferring 4 listed cases to the Northern District of Ohio.(S,R) (Entered: 04/12/2007) |
| 04/17/2007 | | Discovery Conference held on 4/16/07. Non document. Signed by Judge David A. Katz (MDL1742) on 4/1707.(G,C) (Entered: 04/17/2007) |
| 04/25/2007 | 100 | Conditional Transfer Order (CTO-37) by Judicial Panel on Multidistrict Litigation transferring 15 cases to the Northern District of Ohio.. Signed by(S,J) (Entered: 04/25/2007) |
| 04/26/2007 | 101 | Notice *of Appearance of Russell Jackson Drake* filed by Ortho Evra Plaintiff(s). (Cranford, E.) Modified on 4/27/2007 (S, R). (Entered: 04/26/2007) |
| 05/03/2007 | 102 | Notice of Appearance *of Michele A. DiMartino* filed by on behalf of Ortho Evra Plaintiff(s). (Appel, Michael) Modified on 5/4/2007 (S, R). (Entered: 05/03/2007) |
| 05/04/2007 | 103 | Notice of Appearance by Laura A. Gianni *re 07-40277* filed by on behalf of Ortho Evra Plaintiff(s). (Gianni, Laura) Modified on 5/8/2007 (S, R). (Entered: 05/04/2007) |
| 05/04/2007 | 104 | Amended Notice of Appearance by Laura A. Gianni *re 07-40277* filed by on behalf of Ortho Evra Plaintiff(s). Related document(s)103.(Gianni, Laura) Modified on 5/8/2007 |

**EXHIBIT 9**
**-86-**

| | | |
|---|---|---|
| | | (S, R). (Entered: 05/04/2007) |
| 05/04/2007 | 105 | Notice of Appearance by Laura A. Gianni *re 07-40220* filed by on behalf of Ortho Evra Plaintiff(s). (Gianni, Laura) Modified on 5/8/2007 (S, R). (Entered: 05/04/2007) |
| 05/16/2007 | 106 | Conditional Transfer Order (CTO-38) by Judicial Panel on Multidistrict Litigation transferring 20 cases to the Northern District of Ohio. (S,J) (Entered: 05/16/2007) |
| 05/16/2007 | 107 | Conditional Transfer Order (CTO-39) by Judicial Panel on Multidistrict Litigation transferring 10 cases to the Northern District of Ohio.(S,J) (Entered: 05/16/2007) |
| 05/17/2007 | 108 | Transcript of hearing held on 4/4/07 before Judge David A. Katz filed manually. To obtain a bound copy of this transcript please contact Court Reporter Angela D. Nixon at 419-260-5259. Complete document on file, 81 pages. (G,D) (Entered: 05/18/2007) |
| 05/18/2007 | 109 | Notice *Of Filing Master Complaint* filed by Ortho Evra Plaintiff(s). (Attachments: # 1 Exhibit Master Complaint)(Abaray, Janet) (Entered: 05/18/2007) |
| 05/18/2007 | 110 | Notice *Of Filing Short Form Complaint* filed by Ortho Evra Plaintiff(s). (Attachments: # 1 Exhibit Short Form Complaint)(Abaray, Janet) (Entered: 05/18/2007) |
| 05/21/2007 | 111 | Notice *Of Filing Amended Short Form Complaint* filed by Ortho Evra Plaintiff(s). (Attachments: # 1 Exhibit Amended Short Form Complaint)(Abaray, Janet) (Entered: 05/21/2007) |
| 05/23/2007 | 112 | CASE MANAGEMENT ORDER 18. Status conference held on 5/22/07. Mediation set for 7/19/07 and 7/20/07 in Cleveland, Ohio. Signed by Judge David A. Katz (MDL1742) on 5/23/07.(G,C) (Entered: 05/23/2007) |
| 05/23/2007 | 113 | Conditional Transfer Order (CTO-40) by Judicial Panel on Multidistrict Litigation transferring 1 case from Eastern District of Washington to the Northern District of Ohio. (S,J) (Entered: 05/23/2007) |
| 05/24/2007 | 114 | Second Amended Abbreviated Short Form Complaint for OrthoEvra Products Liability Litigtion. (Abaray, Janet) Modified on 5/25/2007 (S, R). (Entered: 05/24/2007) |
| 06/01/2007 | 115 | Order by Judicial Panel on Multidistrict Litigation, Reinstating Stay of Conditional Transfer Order (CTO-38) as to plaintiff Angela Massey (1:07-40338). (Related Doc. No. 106).(S,R) Modified on 6/1/2007 (S, R). (Entered: 06/01/2007) |
| 06/01/2007 | 116 | Notice *of Withdrawal of Appearance of Counsel for Attorney Jason Mark only* filed by Ortho Evra Plaintiff(s). (Mark, Jason) (Entered: 06/01/2007) |
| 06/01/2007 | 117 | Notice *of Withdrawal of Appearance of Counsel for Attorney Jason Mark only* filed by Ortho Evra Plaintiff(s). (Mark, Jason) (Entered: 06/01/2007) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/01/2007 18:13:07 | | |
| **PACER Login:** pa0143 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** 1:06-cv-40000-DAK |

**EXHIBIT 9**
**-87-**

| **Billable Pages:** | 7 | **Cost:** | 0.56 |

**EXHIBIT 9**
**-88-**