1  Mark P. Robinson, Jr., SBN 054426
   Kevin F. Calcagnie, SBN 108994
2  Karen L. Karavatos, SBN 131718
3  **ROBINSON, CALCAGNIE & ROBINSON**
   620 Newport Center Drive, Seventh floor
4  Newport Beach, CA 92660
   (949) 720-1288 Telephone
5  (949) 720-1292 Facsimile

6
   Attorneys for Plaintiffs and Petitioners
7
                SUPERIOR COURT OF THE STATE OF CALIFORNIA
8
                          COUNTY OF LOS ANGELES
9

10 _____
   Coordination Proceeding                 )  **JCCP NO. 4506**
11 Special Title (Rule 1550(b))             )
                                            )  **[PROPOSED] ORDER RE PETITION FOR**
12 ORTHO EVRA LIABILITY CASES               )  **COORDINATION**
13 IN RE: ORTHO EVRA LIABILITY CASES        )
                                            )  In Re: Los Angeles Superior Court Case Nos.
14 _____   )  BC366885; BC 366176; BC365729; BC365221;
                                            )  BC357282; BC363800; BC361709; YC-06 053282;
15 KAI CHRISTOPHER-JUSTICE; MARILYN         )  San Diego Superior Court Case Nos. GIC880407;
   McGILL; SHIREFEN HUANG; MICHELLE         )  GIC 872176; Stanislaus Superior Court Case Nos.
16 LOGAN; VIOLET MONDRAGEON; BILSA          )  613038; Santa Clara Superior Court Case No. 1-06-
17 GARCIA,                                  )  CV-068 036, 1-07-CV 078 895, and 1-06-CV-725 55
                                            )  and San Francisco County Superior Court Case No.
18              Plaintiffs,                 )  CGC-06 458 689, et seq.
                                            )
19       v.                                 )
                                            )
20 ORTHO-McNEIL PHARMACEUTICAL,             )
21 INC.; JOHNSON & JOHNSON;                 )
   JOHNSON & JOHNSON                        )
22 PHARMACEUTICAL RESEARCH                  )
   AND DEVELOPMENT, LLC; and                )
23 ALZA CORPORATION and DOES 1 through      )
24 10, Inclusive,                           )
                Defendants.                 )
25                                          )
   _____   )
26                                          )
   LIZ ABLIN, LAURA BECKMAN,                )
27 RHODSHUNDA BIRCHER, CHRISTINE            )  Los Angeles County Superior Court –
   BOWERS, and CLIFFTON BOWERS,             )  Case No. BC365729
28 CRYSTAL BROWN, SARAH BRUCIAGA,           )
   ALIDA CARLSON and SEAN CARLSON,          )

-1-

ORDER RE COORDINATION

**EXHIBIT 10**
**-89-**

| | | |
|---|---|---|
| 1 | DENISE CLARK, TANIA RODRIGUEZ, ANGELA SMITH, PAMELA SHERWOOD and DOUG SHERWOOD, ) ) ) | |
| 2 | ) | |
| 3 | Plaintiffs, ) ) | |
| 4 | v. ) ) | |
| 5 | ) | |
| 6 | ORTHO-McNEIL PHARMACEUTICAL, INC.; JOHNSON & JOHNSON; ) ) | |
| 7 | JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH ) ) | |
| 8 | AND DEVELOPMENT, LLC; and ALZA CORPORATION and DOES 1 through ) ) | |
| 9 | 10, Inclusive, ) | |
| 10 | Defendants. ) ) | |
| 11 | ) | |
| 12 | NIKOLE TRAGER, ) ) | |
| 13 | ) | San Diego County Superior Court – Case No. GIC880407 |
| 14 | Plaintiff, ) ) | |
| 15 | v. ) ) | |
| 16 | ORTHO-McNEIL PHARMACEUTICAL, INC.; JOHNSON & JOHNSON; ) ) | |
| 17 | JOHNSON & JOHNSON ) | |
| 18 | PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; and ) ) | |
| 19 | ALZA CORPORATION and DOES 1 through 10, Inclusive, ) ) | |
| 20 | Defendants. ) ) | |
| 21 | ) | |
| 22 | JEAN TAYLOR-RODRIGUEZ, ) ) | Stanislaus County Superior Court Case No. 613038 |
| 23 | Plaintiff, ) ) | |
| 24 | v. ) ) | |
| 25 | ) | |
| 26 | ORTHO-McNEIL PHARMACEUTICAL, INC.; JOHNSON & JOHNSON; ) ) | |
| 27 | JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH ) ) | |
| 28 | AND DEVELOPMENT, LLC; and ALZA CORPORATION and DOES 1 through ) ) | |

| | | |
|---|---|---|
| 1 | 10, Inclusive, | ) |
| 2 | Defendants. | ) |
| | | |
| 4 | | ) |
| 5 | SARA BARNES, et al. | ) |
| 6 | Plaintiffs, | ) Los Angeles County Superior Court – |
| 7 | v. | ) Case No. BC 366176 |
| 8 | JOHNSON & JOHNSON, et al. | ) |
| 9 | Defendants | ) |
| 11 | EWA FARFARAS, KRISTY OWENS, | ) |
| 12 | GENEVIEVE RITCHIE, SHARON ROSE, | ) |
| 13 | AMIE SPJUT, WHITNEY WILLIAMS AND KRYSTEL CORTEZ V. JOHNSON & | ) Santa Clara Superior Court |
| 14 | JOHNSON, ET AL. | ) Case No. 106CV068036 |
| 15 | Plaintiffs, | ) |
| 16 | v. | ) |
| 17 | JOHNSON & JOHNSON, ET AL. | ) |
| 18 | | ) |
| 19 | Defendants | ) |
| 20 | | ) |
| 21 | ASHLEY CZUBERNAT, | ) |
| 22 | Plaintiff, | ) San Diego Superior Court |
| 23 | v. | ) Case No. GIC 872176 |
| 24 | ALZA, et al. | ) |
| 25 | Defendants | ) |
| 26 | | ) |
| 27 | SUSAN TORO, individually and on behalf of all other similarly situated persons, | ) |
| 28 | | ) Los Angeles Superior Court Case No. BC365221 |

| | | |
|---|---|---|
| 1 | Plaintiffs, | ) |
| 2 | v. | ) |
| 3 | | ) |
| 4 | JOHNSON & JOHNSON, JOHNSON & JOHNSON PHARMACEUTICAL | ) |
| 5 | RESEARCH & DEVELOPMENT, L.L.C., ALZA CORPORATION, ORTHO-MCNEIL | ) |
| 6 | PHARMACEUTICAL, INC, et al. | ) |
| 7 | Defendants | ) |
| 8 | | ) |
| 9 | BRIANNA R. BOUCHARD, et al.. | ) |
| 10 | Plaintiffs, | ) Los Angeles Superior Court Case No. BC357282 |
| 11 | | ) |
| 12 | v. | ) |
| 13 | JOHNSON & JOHNSON, JOHNSON & JOHNSON PHARMACEUTICAL | ) |
| 14 | RESEARCH & DEVELOPMENT, L.L.C., ALZA CORPORATION, ORTHO-MCNEIL | ) |
| 15 | PHARMACEUTICAL, INC, et al. | ) |
| 16 | Defendants | ) |
| 17 | | ) |
| 18 | CARIBA GONZALEZ, APRIL BENSON, | ) |
| 19 | SMANTHA FLEMINGS, LATONYA WILLIAMS, NANCY DOWDY-ADAMS, | ) |
| 20 | LISA AINSWORTH, JAIME LYNN CURRIER, EUGENIA MARTINEZ, | ) Los Angeles Superior Court Case No. BC363800 |
| 21 | CANDISE BARTHELEMY, COURTNEY JOHNSON, JOHANNA CARO, SHONDA | ) |
| 22 | GIBBS, HEATHER KEEFE, GLORIA | ) |
| 23 | LANDERO, JESSICA MEYER, HOPE LATHROP, AMEE NEWELL, KEIRA | ) |
| 24 | OIUM, KRISTINA ZACK, AVERY | ) |
| 25 | MCCAMPBELL AND BRANDYE PICKENS Plaintiffs, | ) |
| 26 | | ) |
| 27 | v. | ) |
| 28 | ORTHO-MCNEIL PHARMACEUTICAL, INC., et al. | ) |

-4-

ORDER RE COORDINATION

**EXHIBIT 10**
**-92-**

|   |   |   |
|---|---|---|
| Defendants | ) | |
| | ) | |
| WANNA MALCOLM, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Los Angeles Superior Court |
| | ) | Case No. BC361709 |
| ORTHO-MCNEIL PHARMACEUTICAL, INC., et al. | ) | |
| Defendants | ) | |

| | | |
|---|---|---|
| CHRISTOPHER, et al. | ) | |
| Plaintiffs, | ) | Los Angeles Superior Court |
| v. | ) | Case No YC-06 053282 |
| LITTLE COMPANY OF MARY HEALTH SERVICES., et al. | ) | |
| Defendants | ) | |

| | |
|---|---|
| HAJDUKIEWICZ, et al. | |
| Plaintiffs, | Santa Clara Superior Court |
| v. | Case No. 1-06-CV 725 55 |
| JOHNSON & JOHNSON, et al. | |
| Defendants | |

| | |
|---|---|
| PRASAD, et al. | |
| Plaintiffs, | Santa Clara Superior Court |
| | Case No. 1-06-CV 078 895 |

1  v.

2  JOHNSON & JOHNSON, et al.

3         Defendants

4  ─────────────────────────────

5  SANCHEZ, et al.

6  Plaintiffs,                                San Francisco Superior Court
                                              Case No. CGC-06 458 689
7  v.

8  JOHNSON & JOHNSON, et al.

9         Defendants

10

11

12 ─────────────────────────────

13

    Pursuant to the Judicial Council of California's order of March 27, 2007, this court convened and conducted a hearing on the subject Petition for Coordination on May 9, 2007. After consideration of all moving and opposing papers filed in connection with said Petition and consideration of oral argument made by counsel attending said hearing, and good cause appearing therefor, the Court issues the following orders, findings and recommendations:

    1.     The cases subject to the Petition for Coordination are deemed complex, share common questions of fact and law and have overlapping issues such that the appointment of one judge to hear all of the actions for all purposes in a selected site will promote the ends of justice. Therefore, the Petition for Coordination is appropriate as to the following initial list of included actions:

    Kai Christopher-Justice, et al v. Ortho-McNeil Pharmaceutical, Inc., et al., Los Angeles Superior Court Case No. BC366885;

    Liz Ablin, et al. v. Ortho-McNeil Pharmaceutical, Inc. et al., Los Angeles Superior Court Case No. BC365729;

    Nikole Trager, et al. v. Ortho-McNeil Pharmaceutical, Inc. et al., San Diego Superior Court Case Nos. GIC880407;

1   Jean Taylor-Rodriguez, et al v. Ortho-McNeil Pharmaceutical, Inc., et al, Stanislaus Superior
2   Court Case Nos. 613038;
3   Sara Barnes, et al v. Johnson & Johnson, et al., Los Angeles Superior Court Case No. BC
4   366176;
5   Ewa Farfaras, et al v. Johnson & Johnson, et al., Santa Clara Superior Court Case No. 1-06-CV-
6   068 036;
7   Ashley Czubernat, et al v. Alza, et al., San Diego Superior Court Case No. GIC 872176;
8   Susan Toro, Individually and on Behalf of All Other Similarly Situated Persons, v. Johnson &
9   Johnson, et al, Los Angeles Superior Court Case No. BC365221;
10  Brianna R. Bouchard, et al v. Johnson & Johnson, et al., Los Angeles Superior Court Case No.
11  BC357282;
12  Cariba Gonzalez, et al v. Ortho-McNeil Pharmaceutical, Inc., et al., Los Angeles Superior Court
13  Case No. BC363800;
14  Wanna Malcolm, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al., Los Angeles Superior Court
15  Case No. BC361709;
16  Christopher, et al. v. Little Company of Mary Health Services., et al., Los Angeles Superior
17  Court Case No. YC-06 053282;
18  Hajdukiewicz, et al. v. Johnson & Johnson, et al. Santa Clara Superior Court Case No. 1-06-CV-
19  725 55;
20  Prasad, et al. v. Johnson & Johnson, et al., Santa Clara Superior Court Case No. 1-07-CV 078
21  895;
22  Sanchez, et al. v. Johnson & Johnson, et al., San Francisco County Superior Court Case No.
23  CGC-06 458 689.

25  2.   All cases not yet transferred to the Honorable Emilie Elias, Judge of the Los Angeles
26  Superior Court, presiding in Department 308 of the Los Angeles Superior Court, Central Civil West, are
27  ordered stayed;
28  3.   The court finds that the Second Appellate District of California is the appropriate

-7-

ORDER RE COORDINATION

**EXHIBIT 10**
-95-

1 reviewing court for the coordinated actions and said court shall have appellate jurisdiction over all of the
2 coordinated actions;  and

3     4. The court recommends the Los Angeles Superior Court as the appropriate site for
4 coordination proceedings and assignment of Los Angeles Superior Court Judge Emilie H. Elias as the
5 coordination judge, as the majority of the related cases are venued in Los Angeles Superior Court and
6 are already assigned to the Honorable Emilie H. Elias, judge presiding in Department 308 of the Los
7 Angeles Superior Court, Central Civil West.

                            SO ORDERED

DATED: _____     _____
                             Honorable CAROLYN B. KUHL
                             Presiding Judge LASC Central Civil West