United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELONEY WRIGHT and DONNY WRIGHT, wife and husband; DANYELE BACON, a single woman; DIANA BURK, a single woman; TIMA LEIPHART, a single woman; NUBIA FLORES, a single woman, MOLLY KIRKPATRICK, a single woman; REYNALDA ALVARADO, a single woman; GAYLE ANDERSON, a single woman; VERONIQUE PETERS and DONNY PETERS, wife and husband; LAKEYA BASKOM, a single woman; TIFFANY LILLIE, a single woman; and LORRAINE FONTANILLA-WEBBER, on behalf of her minor daughter, ASHLEY WEBBER,<br><br>                    Plaintiffs,<br><br>    v.<br><br>ORTHO-MCNEIL CORPORATION, a foreign corporation; JOHNSON & JOHNSON, a foreign corporation; JOHNSON & JOHNSON SERVICES, INC., a foreign corporation; JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC., a foreign corporation; JOHNSON & JOHNSON RESEARCH & DEVELOPMENT, L.L.C., a foreign corporation; JOHNSON & JOHNSON CONSUMER COMPANIES INC., a foreign corporation; MCKESSON CORPORATION, a Delaware corporation; ALZA CORPORATION, a California corporation aka ALZA DEVELOPMENT aka ALZA INTERNATIONAL, INC., and DOES 1-50,<br><br>                    Defendants. | No. C-07-2541 SC<br><br>ORDER DENYING PLAINTIFFS' MOTION TO REMAND |

On June 4, 2007, Plaintiffs filed a Motion to Remand to State Court. See Docket No. 17. Previously, on May 22, 2007, the

Court stayed this action pending a decision by the Judicial Panel on Multi-District Litigation to finalize or reject Defendants' request to include this action as a "tag along" to be transferred to MDL-1742 - <u>In re Ortho Evra Products Liability Litigation</u>.

The Court hereby DENIES Plaintiffs' Motion to Remand without prejudice. Once the MDL Panel issues its decision, Plaintiffs can renew the Motion, if necessary.

IT IS SO ORDERED.

Dated: June 13, 2007.

_____
UNITED STATES DISTRICT JUDGE