

FILED
JUL 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 27 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1742

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

*Meloney Wright, et al. v. Ortho-McNeil Corp., et al.,* N.D. California, C.A. No. 3:07-2541

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Wright*) on May 24, 2007. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Wright* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-42" filed on May 24, 2007, is LIFTED insofar as it relates to this action. The action is transferred to the Northern District of Ohio for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable David A. Katz.

For the Panel:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that this instrument is a true and
correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: _____
Deputy Clerk

**RECEIVED**

**JUL 17 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

July 10, 2007

Northern District of California
Office of the Clerk
Internal Box 36060
San Francisco, CA 94102

Re: **MDL . 1742 Ortho Evra Products Liability Litigation**

| Transfer of Civil Cases | CAN# |
|---|---|
| **Wright, et al v Ortho McNeil Corp., et al** | **3:07-2541** |

Dear Sir/Madam:

Enclosed is a certified copy of Order Lifting Stay of Conditional Transfer Order from the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action to the Northern District of Ohio pursuant to 28 U.S.C. Section 1407. The Honorable David A. Katz is to preside over this litigation.

**Once case has been closed in your District please e-mail the Northern District of Ohio Clerk's Office at the e-mail addresses listed below. We will retrieve documents electronically.**

Northern District of Ohio case numbers will be assigned upon receipt of records.

Should you have any questions regarding this request, please call me at the number below.

Sincerely,

Geri M. Smith, Clerk

By _____
Renee Schumitsh
MDL Coordinator
(216) 357-7017

**Renee_Schumitsh@ohnd.uscourts.gov and
Jenny_E_Smolinski@ohnd.uscourts.gov**